UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE NO.: 22-1007 |
| v. | CRIMINAL ACTION |
| Samiullah Baidar | ORDER OF RELEASE |

The Court orders the defendant, Samiullah Baidar, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Comply with the conditions of the Pretrial Diversion Agreement, effective 1/5/2022.

_____          1-5-2022
DEFENDANT                                  DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
U.S. MAGISTRATE JUDGE

1-6-22
DATE